UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Dennis M. Cavanaugh |
| v. | : | Crim. No. 08-133 (DMC) |
| JEROME HINES | : | O R D E R |

Following oral argument on this day on defendant Jerome Hines' Motion to Suppress and Motion to Compel Impeachment Material,

IT IS on this 6th day of November, 2008,

ORDERED that the defendant's Motion to Suppress is DENIED without the need for an evidentiary hearing; and

IT IS FURTHER ORDERED that the defendant's Motion to Compel Impeachment Material is DENIED AS MOOT.

_____
HONORABLE DENNIS M. CAVANAUGH
United States District Judge