UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Hon. Dennis M. Cavanaugh |
| v. | : Criminal No. 08-133 (DMC) |
| JEROME HINES | : <u>CONTINUANCE ORDER</u> |

This matter having come before the Court on the joint application of Christopher J. Christie, United States Attorney for the District of New Jersey (Lisa M. Colone, Assistant U.S. Attorney, appearing), and defendant Jerome Hines (Lisa M. Mack, Assistant Federal Public Defender, appearing) for an order granting a continuance of the proceedings in the above-captioned matter for a period of 30 days, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to finalize a plea agreement, which would render trial of this matter unnecessary;

2. Defendant has consented to the aforementioned continuance;

       3.   Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

       WHEREFORE, on this \_\_\_10\_\_\_ day of November, 2008,

       IT IS ORDERED that this action be, and hereby is, continued for a period of ~~60~~ 30 days; and it is further

       ORDERED that the period from and including November 6, 2008, through and including ~~January 5~~ December 5, 2008, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8); and it is further

ORDERED that the calendar for this matter shall be revised as follows:

MOTIONS HEARING DATE: _____N/A_____

TRIAL SET FOR: _____

_____
HON. DENNIS M. CAVANAUGH
United States District Judge

_____
Lisa M. Mack, Esq.
Counsel for Jerome Hines